UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PATRICK SCHMITT,

    Plaintiff,

v.                                                                Case No. 6:18-cv-493-Orl-37TBS

COURTESY PROFESSIONAL
SECURITY, INC.,

    Defendants.
_____

## ORDER

Plaintiff filed this action on April 2, 2018 seeking to recover alleged unpaid overtime wages under the Fair Labor Standards Act. (*See* Doc. 1.) Defendant was served on April 13, 2018, and, on Plaintiff's motion, the Clerk entered a default on June 18, 2018. (Docs. 9, 10, 11.)

Now, Plaintiff requests default judgment against Defendant. (Doc. 14 ("**Motion**").) Specifically, Plaintiff seeks an award of damages, inclusive of liquidated damages, for his unpaid wages and fees. (*Id.* ¶¶ 8–11.) On referral, U.S. Magistrate Judge Thomas B. Smith recommends that the Court grant the Motion. (Doc. 15 ("**R&R**").)

The parties did not object to the R&R, and the time for doing so has now passed. As such, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the Court finds that the R&R is due to be adopted in its entirety.

-1-

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 15) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. Plaintiff's Motion for Default Final Judgment Against Defendant Courtesy Professional Security, Inc. (Doc. 14) is **GRANTED.**

3. The Clerk is **DIRECTED** to enter default judgment in favor of Plaintiff Patrick Schmitt and against Defendant Courtesy Professional Security, Inc. in the total amount of $25,441.00; and close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 23, 2018.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record